# Court of Appeals
# of the State of Georgia

ATLANTA,____March 30, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1118.  HILL v. AMERICA'S WHOLESALE LENDER et al.**

This Court docketed the present case on February 18, 2015.  As a result, Appellant Janet Hill was required to file an appellant's brief and enumerations of error in this Court not later than March 10, 2015.  See OCGA § 5-6-40; Court of Appeals Rules 22 (a), 23 (a).  No such filings have been made as of the date of this order, nor has any extension of time been requested or granted.  Accordingly, it is hereby ORDERED that this appeal is hereby DISMISSED.  See Rules 13, 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____03/30/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*